UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

-----------------------------------------------X

UNITED STATES : Criminal Case#

: Hon. Susan D. Wigenton, J.U.S.D.C.

        Plaintiff, : Criminal Action

        -vs- :

: ORDER

EDWARD KAY :

:

        Defendants. :

-----------------------------------------------X

*Denied*

This matter having come before the Court upon the petition and application of the Defendant, Edward D. Kay for an Order discharging Defendant from the Ordered term of probation, and the Court having considered the submission of the Defendant and for other good cause having been shown:

It is on the __16th__ day of ~~August~~ December, 2011 ORDERED that Edward D. Kay, having satisfactorily served the sentence Ordered by this Court, is hereby discharged and excused from the term of probation.

_____
Honorable Susan D. Wigenton, J.U.S.D.C